The Erie Railroad Company, Respondent, v. William H. Smith, as Administrator, etc., of Robert W. Smith, Deceased, and Others, Respondents. Robert H. Bowly, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Thomas Fitzgerald, Respondent, v. Monroe Eckstein Brewing Company and Christian Walters, as Trustee, Appellants, Impleaded with Frederick Mehlmann and Another, Defendants.— Order modified by striking therefrom the provision as to costs, and as thus modified affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Nellie C. Furlong, Respondent, v. Francis W. Furlong, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

John J. Golden, Respondent, v. Margaret Griffin, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Granulator Soap Company, Appellant, v. William Haddow, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Woodward and Rich, JJ., concurred; Burr, J., voted for reversal.

Annie Grasso, as Administratrix, etc., of Michael Grasso, Deceased, Respondent, v. John B. Rose Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Michael Greeley, Appellant, v. The Board of Education of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

George Griepenkerl, Appellant, v. Wayland E. Dietz, Respondent, Impleaded, etc.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Rich, J., not voting.

Joseph Grossman, Respondent, v. Israel W. Schenker, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg and Rich, JJ., concurred; Thomas and Carr, JJ., voted to reverse on the ground that the verdict is against the weight of evidence.

Frank W. Hebbard, Respondent, v. New York and Queens County Railway Company, Appellant.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

John Henchy, Appellant, v. Knoburn Company, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

James J. Horan, Appellant, v. Cassity E. Mason, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.